```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
ULYSSES CAPITAL PARTNERS LIMITED :
PARTNERSHIP, :
: 1:22-cv-9817-GHW
Plaintiff, :
: ORDER
-v - :
:
CALLIDUS USA INC., *et al.*, :
:
Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the premotion conference on January 9, 2023, Defendants' motions to dismiss Plaintiffs complaint (or, as relevant, any amended complaint) must be filed and served no later than February 3, 2023. Plaintiff's opposition to the motions must be filed and served no later than three weeks from the date of service of Defendants' motions; Defendants' replies, if any, must be filed and served no later than one week from the date of Plaintiff's opposition. Finally, the parties are directed to meet and confer in advance of the initial pretrial conference currently scheduled for January 24, 2023; to the extent there is an application to stay discovery in this case under Federal Rule of Civil Procedure 26(c), that application should be made to the Court by letter on the docket before the conference.

SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge