```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                           :
ULYSSES CAPITAL PARTNERS LIMITED   :
PARTNERSHIP,                                    :
                                                                          :           1:22-cv-9817-GHW
                                              Plaintiff,  :
                                                                           :                  <u>ORDER</u>
                      -v -                               :
                                                    :
CALLIDUS USA INC., *et al.*,                    :
                                                    :
                                     Defendants.  :
                                                                           :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The order corrects one aspect of the Court's January 9, 2023 order. *See* Dkt. No. 27. In that order, the Court wrote that the parties were "directed to meet and confer in advance of the initial pretrial conference currently scheduled for *January 24, 2023*; to the extent there is an application to stay discovery in this case under Federal Rule of Civil Procedure 26(c), that application should be made to the Court by letter on the docket before the conference." *Id.* (emphasis added). The date provided for the initial pretrial conference was in error: The initial pretrial conference in this case is currently scheduled for February 9, 2023 at 3:00 p.m. *See* Dkt. No. 16. There is no conference scheduled in this case on January 24, 2023.

      The Court's other instructions in its January 9, 2023 order remain in effect, including (a) the briefing schedule provided for Defendants' motions to dismiss Plaintiff's complaint (or, as relevant, any amended complaint) and (b) that the parties must meet and confer in advance of the initial pretrial conference and file any application to stay discovery in this case on the docket in advance of

that conference.  *See* Dkt. No. 27.

    SO ORDERED.

Dated: January 18, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge