USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2023

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULYSSES CAPITAL PARTNERS LIMITED PARTNERSHIP,<br><br>          Plaintiff,<br>v.<br><br>CALLIDUS USA INC., CALLIDUS CAPITAL CORPORATION, and STEEL COAST COMPANY LLC<br><br>          Defendants. | **MEMORANDUM ENDORSED**<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Case No. 1:22-cv-09817-GHW-KHP |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Ulysses Capital Partners Limited Partnership, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice* as to all parties.

THE LAW OFFICE OF GERARD M. MARRONE

BY: _____
Gerard M. Marrone
68-85 73rd Place, 2nd Floor
Middle Village, New York 11379
Telephone: 718-261-1711
Facsimile: 347-813-4985
Email: gmarronelaw@gmail.com

*ATTORNEY FOR PLAINTIFF*
*ULYSSES CAPITAL PARTNERS*
*LIMITED PARTNERSHIP*

---

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED
Dated: January 20, 2023

_____
GREGORY H. WOODS
United States District Judge